E-Filing

1  LINDA WENDELL HSU (SBN 162971)
   LISA A. WILSON (SBN 190392)
2  SELMAN BREITMAN LLP
   33 New Montgomery, Sixth Floor
3  San Francisco, CA  94105
   Telephone: (415) 979-0400
4  Facsimile: (415) 979-2099

5  Attorneys for Plaintiff and
   Counterdefendant
6  SCOTTSDALE INSURANCE COMPANY

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | SCOTTSDALE INSURANCE COMPANY,          | CASE NO.  C 05-00313 VRW
12 |         Plaintiff,                     |
13 |     v.                                 | REVISED STIPULATION AND
   |                                        | [PROPOSED] ORDER TO CONTINUE
14 | OU INTERESTS, INC., SOCO               | EARLY NEUTRAL EVALUATION DEADLINE
   | LIMITED, GROUP 1 as successor-         |
15 | in-interest to OU INTERESTS and        | Ctrm: 6, 17th Floor
   | SOCO LIMITED, and DOES 1 through       | Judge: Chief Judge Vaughn R.
16 | 25, inclusive,                         | Walker
17 |         Defendants.                    |
18 |                                        |
   | AND RELATED COUNTERCLAIMS              |
19 |                                        |

20

21     IT IS HEREBY STIPULATED by and between the parties to this

22 action through their designated counsel in the above-entitled

23 action as follows:

24     1.   This matter was designated for Early Neutral

25 Evaluation.  On June 30, 2005, the parties were referred to Early

26 Neutral Evaluator Samuel F. Barnum.

27     2.   On July 27, 2005, in accordance with Local Rule 5-7,

28 the parties to this action met telephonically with Early Neutral

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE EARLY NEUTRAL EVALUATION DEADLINE
Case No. C 05-00313 VRW

92699.1 580.18397

1  Evaluator Samuel Barnum.

2  3. All parties agreed that in light of the nature of the
3  insurance coverage issues present in this case, Early Neutral
4  Evaluation would not be fruitful at this time. The parties have
5  on calendar a hearing date of October 13, 2005 for cross-motions
6  for summary judgment on whether the owned property exclusion in
7  the Scottsdale policy applies to preclude coverage. The parties
8  anticipate that the motion will be based on stipulated facts and
9  evidence. Mr. Barnum, upon hearing the positions of the parties,
10 agreed that an ENE session before the hearing on the cross-
11 motions would not be productive. The parties and Mr. Barnum
12 therefore agreed that the session should be continued.

13 4. Pursuant to Local Rule 5-5 the parties therefore
14 request that this Court continue the Early Neutral Evaluation
15 deadline to December 30, 2005.

16 IT IS SO STIPULATED.

18 DATED: August __, 2005    SELMAN BREITMAN LLP

20                          By:_____
                                LINDA WENDELL HSU
21                              LISA A. WILSON
                                Attorneys for Plaintiff and
22                              Counterdefendant
                                SCOTTSDALE INSURANCE COMPANY

1  DATED: August ___, 2005      SPECTER & WILLOUGHBY, LLP

2

3                                By:_____
                                    RONALD C. SPECTER, ESQ.
4                                   MICHAEL L. WILLOUGHBY, ESQ.
                                 Attorneys for Defendants and
5                                Counterclaimants
                                 OU INTERESTS, SOCO LIMITED, AND GROUP 1
6

7

8

9  IT IS SO ORDERED:

10

11 Dated:  0 5 AUG 2005        _____

12                             Chief Judge Vaughn R. Walker

---

3

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE EARLY NEUTRAL EVALUATION DEADLINE**
Case No. C 05-00313 VRW

92699.1 580.18397

Selman Breitman LLP
ATTORNEYS AT LAW