LINDA WENDELL HSU (SBN 162971)
LISA A. WILSON (SBN 190392)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Plaintiff and Counterdefendant
SCOTTSDALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OU INTERESTS, INC., SOCO LIMITED, GROUP 1 as successor-in-interest to OU INTERESTS and SOCO LIMITED, and DOES 1 through 25, inclusive,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. C 05-00313 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER REFERRING MATTER TO MEDIATION AND VACATING PRIOR ORDER FOR EARLY NEUTRAL EVALUATION.**<br><br>Ctrm: 6, 17th Floor<br>Judge: Chief Judge Vaughn R. Walker |

　　IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel in the above-entitled action as follows:

　　1.　This matter was designated for Early Neutral Evaluation. On June 30, 2005, the parties were referred to Early Neutral Evaluator Samuel F. Barnum.

　　2.　By prior stipulation and order, the Court continued the Early Neutral Evaluation deadline to December 30, 2005.

1

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE EARLY NEUTRAL EVALUATION DEADLINE**
Case No. C 05-00313 VRW

99806.1 580.18397

3. The parties have since agreed to attempt to resolve this matter through private mediation rather than through Early Neutral Evaluation.

4. The parties therefore seek an order referring this matter to mediation and vacating the prior order for Early Neutral Evaluation.

IT IS SO STIPULATED.

DATED: December __, 2005          SELMAN BREITMAN LLP

                                  By: /S/
                                  _____
                                  LINDA WENDELL HSU
                                  LISA A. WILSON
                                  Attorneys for Plaintiff and
                                  Counterdefendant
                                  SCOTTSDALE INSURANCE COMPANY

DATED: December __, 2005          SPECTER & WILLOUGHBY, LLP

                                  By: /S/
                                  _____
                                  RONALD C. SPECTER, ESQ.
                                  MICHAEL L. WILLOUGHBY, ESQ.
                                  Attorneys for Defendants and
                                  Counterclaimants
                                  OU INTERESTS, SOCO LIMITED, AND GROUP 1

IT IS HEREBY ORDERED that this matter is referred to mediation, and the prior order referring the matter to Early Neutral Evaluation is hereby VACATED.

Dated: December 21, 2005          _____
                                  Chief Judge Vaughn R. Walker

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA - Judge Vaughn R Walker]

2

**STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION**
Case No. C 05-00313 VRW

99806.1 580.18397