1  WILLOUGHBY, STUART & BENING, INC.
   50 W. San Fernando St., Suite 400
2  San Jose, California 95113
   (408) 289-1972
3  Facsimile: (408) 295-6375

4  Attorneys for Plaintiff and
   Counterdefendant
5  SCOTTSDALE INSURANCE
   COMPANY

6

7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10  SCOTTSDALE INSURANCE          )   **CASE NO. C 05-00313 VRW**
    COMPANY,                      )
11                                )
                                  )
12  vs.            Plaintiff,     )
                                  )
13  OU INTERESTS, INC., SOCO      )   **STIPULATION RE JUDGMENT AND**
    LIMITED, GROUP 1 as successor-)   **DISMISSAL**
14  in-interest to OU INTERESTS and)
    SOCO LIMITED,  and DOES 1 through)
15  25, inclusive ,               )
                                  )
16         Defendants.            )
                                  )
17  _____)
                                  )
18  AND RELATED COUNTERCLAIMS     )
                                  )
19  _____)   Dated: June 26, 2006

IT IS SO ORDERED
Judge Vaughn R Walker

20        IT IS HEREBY STIPULATED by and between the parties to this action, through

21  their designated counsel, as follows:

22        1.     Based on the findings of the Court in its Order filed November 2, 2005

23  granting plaintiff Scottsdale Insurance Company's ("Scottsdale") motion for summary

24  judgment as to defendant and counterclaimant SOCO Limited ("Soco"), judgment shall be

25  entered in favor of Scottsdale declaring that Scottsdale owes no duty to defend or indemnify

26  Soco with respect to any claim arising out of or related to San Francisco County Superior

27  Court action no. CGC-02-410819, otherwise known as the Post International litigation.

28        2.     Due to successful mediation of this matter before John Bates, Esq., the

parties hereby dismiss the following pleadings:

        a.     Counterclaimants Soco; Ou Interests, Inc.; and Joy Ou hereby dismiss their counterclaims against Scottsdale, with prejudice;

        b.     Scottsdale hereby dismisses its complaint as against Ou Interests, Inc. (general partner of Soco) only, with prejudice.

        c.     Scottsdale hereby dismisses its complaint against the fictitious entity known as Group I, without prejudice.

        3.     Each party bears its own attorney's fees and costs.

DATED: June 13, 2006

WILLOUGHBY, STUART & BENING

By: _____
ALEXANDER F. STUART
Attorneys for Plaintiff and
Counterdefendant Scottsdale
Insurance Company

DATED: June __, 2006

SELMAN & BREITMAN, LLP

By: _____
Lisa A. Wilson
Attorneys for Plaintiff and
Counterdefendant Scottsdale
Insurance Company

DATED: June __, 2006

SPECTER & WILLOUGHBY, LLP

By: _____
Ronald C. Specter
Attorneys for Defendants and
Counterclaimants Ou Interests, Inc.
and Soco Limited; Defendant Group
I; and Counterclaimant Joy Ou

2

1

2  parties hereby dismiss the following pleadings:

3          a.      Counterclaimants Soco; Ou Interests, Inc.; and Joy Ou hereby dismiss

4  their counterclaims against Scottsdale, with prejudice;

5          b.      Scottsdale hereby dismisses its complaint as against Ou Interests, Inc.

6  (general partner of Soco) only, with prejudice.

7          c.      Scottsdale hereby dismisses its complaint against the fictitious entity

8  known as Group I, without prejudice.

9      3.      Each party bears its own attorney's fees and costs.

10

11  DATED: June __, 2006                    WILLOUGHBY, STUART & BENING

12

13                                          By: _____

14                                              ALEXANDER F. STUART
                                                Attorneys for Plaintiff and
                                                Counterdefendant Scottsdale
15                                              Insurance Company

16
    DATED: June 22, 2006                   SELMAN & BREITMAN, LLP
17

18
                                           By: _____
19                                             Lisa A. Wilson
                                               Attorneys for Plaintiff and
20                                             Counterdefendant Scottsdale
                                               Insurance Company
21

22  DATED: June __, 2006                   SPECTER & WILLOUGHBY, LLP

23

24                                         By: _____
                                               Ronald C. Specter
25                                             Attorneys for Defendants and
                                               Counterclaimants Ou Interests, Inc.
26                                             and Soco Limited; Defendant Group
                                               I; and Counterclaimant Joy Ou
27

28

---

STIPULATION RE JUDGMENT AND DISMISSAL
Case No. C 05-00313 VRW

2  parties hereby dismiss the following pleadings:

3        a.      Counterclaimants Soco; Ou Interests, Inc.; and Joy Ou hereby dismiss

4  their counterclaims against Scottsdale, with prejudice;

5        b.      Scottsdale hereby dismisses its complaint as against Ou Interests, Inc.

6  (general partner of Soco) only, with prejudice.

7        c.      Scottsdale hereby dismisses its complaint against the fictitious entity

8  known as Group I, without prejudice.

9        3.      Each party bears its own attorney's fees and costs.

10

11  DATED: June ___, 2006                    WILLOUGHBY, STUART & BENING

12

13                                           By: _____

14                                               ALEXANDER F. STUART
                                                 Attorneys for Plaintiff and
                                                 Counterdefendant Scottsdale
15                                               Insurance Company

16
    DATED: June ___, 2006                    SELMAN & BREITMAN, LLP
17

18

19                                           By: _____
                                                 Lisa A. Wilson
20                                               Attorneys for Plaintiff and
                                                 Counterdefendant Scottsdale
21                                               Insurance Company

22  DATED: June 22, 2006                     SPECTER & WILLOUGHBY, LLP

23

24                                           By: _____
                                                 Ronald C. Specter
25                                               Attorneys for Defendants and
                                                 Counterclaimants Ou Interests, Inc.
26                                               and Soco Limited; Defendant Group
                                                 I; and Counterclaimant Joy Ou

27

28

STIPULATION RE JUDGMENT AND DISMISSAL
Case No. C 05-00313 VRW